# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141338 & (50)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROSALIND LAURICE BROWN,
      Defendant-Appellant.

SC: 141338
COA: 288552
Genesee CC: 07-021158-FC

_____/

      On order of the Court, the application for leave to appeal the May 6, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

0920